UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS PETILLO,

            Plaintiff,

    v.

JOHN DOE,

            Defendant.

Case No. 26-cv-01950-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Dennis Petillo has not responded to the Clerk's Notices to file a complaint and a motion to proceed in forma pauperis (or submit full payment for the filing fee). (Dkt. Nos. 3 and 4.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Petillo may move to reopen.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) contain a complete application to proceed in forma pauperis or full payment for the $405.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:**  April 29, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California